IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| OBADIAH YORK-JAMES, | § | |
| | § | |
| Defendant Below, | § | No. 176, 2021 |
| Appellant, | § | |
| | § | Court Below—Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID No. 1408017362 (N) |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: August 17, 2021
Decided: September 29, 2021

Before **VALIHURA**, **VAUGHN**, and **TRAYNOR,** Justices.

## **ORDER**

After careful consideration of the appellant's opening brief, the appellee's motion to affirm, and the record on appeal, we conclude that the judgment below should be affirmed on the basis of the Superior Court's order, dated May 13, 2021, denying the appellant's motion for sentence modification.

NOW, THEREFORE, IT IS ORDERED that the motion to affirm is GRANTED and the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

/s/ James T. Vaughn, Jr.
Justice